# PD-1052-15

PD-1052-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/12/2015 9:25:27 AM
Accepted 8/17/2015 11:58:11 AM
ABEL ACOSTA
CLERK

CASE NO. _____

## IN THE COURT OF CRIMINAL APPEALS

## OF TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

August 17, 2015

ABEL ACOSTA, CLERK

JOSHUA *M*. WILLIS,
Appellant

v.

THE STATE OF TEXAS,
Appellee

On Discretionary Review from
The Court of Appeals
Seventh District of Texas at Amarillo
No. 07-15-00013-CR

On Appeal from the 19th District Court
McLennan County, Texas

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now Appellant Joshua M. Willis pursuant to Rules 10.5(b) and 68 Texas Rules of Appellate Procedure requesting a 30 day extension of time to file Appellant's Petition for Discretionary Review herein and would respectfully show as follows:

The Court of Appeals:                    Seventh District of Texas at Amarillo

The Date of the Court
of Appeals Judgment:                    July 14, 2015

The Case Number and                     No. 07-15-00013-CR
Style of the Case in                     Joshua M. Willis, Appellant
The Court of Appeals:                    v.
                                         The State of Texas, Appellee

Motions for Rehearing                    None Filed;
or En Banc Reconsideration:              None Pending

Current Deadline:                        August 13, 2015

Length of Extension Sought:              30 days
                                         (To September 14, 2015)

Previous Extensions Sought:              None

## Reasons for Requesting an Extension of Time:

Appellant's court appointed counsel is a sole practitioner. During the past 30 days Appellant's court appointed counsel has had an unusually heavy workload including more court appearances than usual. Further, Appellant has requested to be consulted regarding the preparation of the petition, requiring a call on counsel's time.

Appellant prays that this Motion be granted.

Respectfully submitted,

John M. Hurley
State Bar No. 10311100
427 N. 38th Street
Waco, TX   76710
Tel:  (254) 753-6161
Fax: (254)714-2564
Email:  jmhurley1@yahoo.com
Attorney for Joshua M. Willis

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was e-filed to Sterling Harmon, Assist. Criminal District Attorney, sterling.harmon@co.mclennan.tx.us on the 13th day of August, 2015.

John M. Hurley